JS-6

IRA L. GOTTLIEB (SBN 103236)
igottlieb@bushgottlieb.com
DANA S. MARTINEZ (SBN 205453)
dmartinez@bushgottlieb.com
VANESSA C. WRIGHT (SBN 328674)
vwright@bushgottlieb.com
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone:  (818) 973-3200
Facsimile:  (818) 973-3201

Attorneys for Defendant/Counterclaimant

GARY GANCHROW (SBN 163994)
gganchrow@pmcos,com
PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN, APC,
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone (213) 683-6535
Facsimile (213) 683-6669

Attorneys for Plaintiff/Counter-Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VECTOR RESOURCES, INC.<br><br>          Plaintiff/<br>          Counter-Defendant.<br><br>     vs.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 11.<br><br>          Defendant/<br>          Counterclaimant. | **CASE NO. CV 19-10351-GW-RAOx**<br><br>**ORDER RE: STIPULATION OF DISMISSAL**<br><br><br>**The Hon. Judge George H. Wu** |

718173v1 12011-29021

Case No. 2:19-cv-10351-GW-RAO

[PROPOSED] ORDER OF DISMISSAL

1  The parties have agreed and stipulated that the above captioned action be
2  dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

3

4  **IT IS SO ORDERED.**

5

6

7  DATED: August 11, 2020

*[signature: George H. Wu]*

8  HON. GEORGE H. WU,
   UNITED STATES DISTRICT JUDGE

718173v1 12011-29021

Case No. 2:19-cv-10351-GW-RAO

[PROPOSED] ORDER OF DISMISSAL

2